## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 19, 2023

Neal Merrell Walker
FCI Jesup - Inmate Legal Mail
2680 HWY 301 S
JESUP, GA 31599

Appeal Number: 23-10482-CC
Case Style: USA v. Neal Walker
District Court Docket No: 3:21-cr-00048-TJC-PDB-2

Your court-appointed attorney in this criminal appeal has filed with this Court and served on you a motion, or renewed motion, to withdraw as counsel and a supporting brief. See Anders v. California, 386 U.S. 738 (1967). Within thirty (30) days from the date of this letter, you have the right to respond to the motion, presenting any arguments which you believe show that your appeal has merit. Upon receipt of your response (or after 30 days if you do not respond) your attorney's motion and brief and any response received from you will be submitted to the Court.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

Enclosure(s)

APPT-3 Ltr to aplt CJA atty mot Anders